IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEROME J. GAFFNEY,

      Plaintiff,

vs.                                           CASE NO.  1:04cv21-SPM/AK

GEORGE J. CORWINE,
STEPHEN OELRICH,

      Defendants.

_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report

and recommendation dated May 16, 2005 (doc. 22).  Plaintiff has been furnished

a copy of the report and recommendation and has been afforded an opportunity

to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No

objections have been filed.  Having considered the report and recommendation, I

have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 22) is

ADOPTED and incorporated by reference in this order.

2.    Defendant Oelrich's Motion for Summary Judgment (doc. 16) is

granted.

3       This case is remanded to the magistrate judge for further

proceedings with regard to the remaining Defendant, George Corwine.

DONE AND ORDERED this 29th day of June, 2005.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge