FLN Form 85 (rev. 8/98) Notice, Consent, and Order of Relbrence - Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

JEROME GAFFNEY,

v.                                              Case No.  1:04CV21 SPM/AK

GEORGE J. CORWINE and
STEPHEN OELRICH,

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ. P. 73, you are notified that a United States Magistrate Judge of this District Court is available to conduct any or all proceedings in this case including a jury or non-jury trial, and to order the entry of a final judgment.  Exercise of this jurisdiction by a Magistrate Judge is, however, permitted only if fall parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a Magistrate Judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any Magistrate Judge or to the District Judge to whom the case has been assigned.

An appeal from a judgment entered by a Magistrate Judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of this District Court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ. P. 73, the parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| JEROME GAFFNEY | *[signature]* | April 28 2006 |
| George Corwine | *[signature]* | May 3, 2006 |
| | | |
| | | |

## ORDER OF REFERENCE

**IT IS ORDERED** that this case be referred to _Allan Kornblum_ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73.

Date: _____                    _____
                                         UNITED STATES DISTRICT JUDGE

FILED